# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 APR -8 A 12 27

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR1069-JAH |
| Plaintiff ) | CRIMINAL NO. 08mj0892 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Juan Perez-Garcia ) | Booking No. 07925298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

**Juan Antonio Espino-Sanchez**

DATED: 4/8/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062