UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1069-JAH |
| Plaintiff | ) | CRIMINAL NO. 08mj0892 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Juan Perey-Garcia | ) | |
| Defendant(s) | ) | Booking No. 07925248 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Morales-Morales

DATED: 4/8/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062